```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE F04-0010--CR (RRB)
                 "USA V RAYMOND F. WEGNER ET AL"
                     DEF 1.1 WEGNER, RAYMOND F.

      Including terminated defendants, excluding terminated counsel
```

```
     Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
    Magistrate Judge:  The Honorable Terrance W. Hall, U.S. Magistrate Judge
              Filed:  05/20/04
             Closed:  NO
  No. of Defendants:  2
      MJ Case Number:
                AKA:
    Location status:  Released on Bond
         Trial date:  02/27/06
         Terminated:  NO
   Needs interpreter: NO
   Counsel of record: William P. Bryson
                     1015 W. 7th Avenue
                     Anchorage, AK 99501
                     907-276-8611
                     FAX 907-258-1516
                     Serve: YES
                      Type: Retained
                      Role: Pretrial/Trial

                     William A. Cohan
                     8910 University Avenue
                     Suite 550
                     San Diego, CA 92122
                     858-550-9095
                     FAX 858-550-9049
                     Serve: NO
                      Type: Retained
                      Role: Pretrial/Trial


  PLF 1.1 UNITED STATES OF AMERICA

  Counsel of record: Stephen Cooper
                     U.S. Attorney's Office
                     101 12th Avenue, Box 2
                     Fairbanks, AK 99701
                     907-456-0245
                     FAX 907-456-0577
                     Serve: YES
                      Type: Not specified
                      Role: Pretrial/Trial


  Counts re: DEF 1.1 WEGNER, RAYMOND F.
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 18:371 CONSPIRACY TO DEFRAUD THE UNITED STATES (F) | Pending |
| 1 - 1 IND | 2 | 26:7201 & 18:2 EVASION OF PAYMENT OF TAX (F) | Pending |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET PARTY INFORMATION FOR CASE F04-0010--CR (RRB)
                                "USA V RAYMOND F. WEGNER ET AL"
                                   DEF 2.1 WEGNER, JULIE M.

                    Including terminated defendants, excluding terminated counsel


      Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
     Magistrate Judge:  The Honorable Terrance W. Hall, U.S. Magistrate Judge
               Filed:  05/20/04
              Closed:  NO
  No. of Defendants:  2
      MJ Case Number:
                 AKA:
     Location status:  Released on Bond
          Trial date:  02/27/06
          Terminated:  NO
  Needs interpreter:  NO
   Counsel of record:  William P. Bryson
                      1015 W. 7th Avenue
                      Anchorage, AK 99501
                      907-276-8611
                      FAX 907-258-1516
                      Serve: YES
                       Type: Retained
                       Role: Pretrial/Trial

                      William A. Cohan
                      8910 University Avenue
                      Suite 550
                      San Diego, CA 92122
                      858-550-9095
                      FAX 858-550-9049
                      Serve: NO
                       Type: Retained
                       Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record:  Stephen Cooper
                    U.S. Attorney's Office
                    101 12th Avenue, Box 2
                    Fairbanks, AK 99701
                    907-456-0245
                    FAX 907-456-0577
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial


Counts re: DEF 2.1 WEGNER, JULIE M.
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 18:371 CONSPIRACY TO DEFRAUD THE UNITED STATES (F) | Pending |
| 1 - 1 IND | 2 | 26:7201 & 18:2 EVASION OF PAYMENT OF TAX (F) | Pending |

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET PARTY INFORMATION FOR CASE F04-0010--CR (RRB)
                              "USA V RAYMOND F. WEGNER ET AL"
                                  DEF 2.1 WEGNER, JULIE M.

              Including terminated defendants, excluding terminated counsel


    1 -    1 IND    3       31:5324(a)(3) & 5324(d)(2) STRUCTURING FINANCIAL      Pending
                            TRANSACTIONS (F)

    1 -    1 IND    4       31:5324(a)(3) & 5324(d)(2) STRUCTURING FINANCIAL      Pending
                            TRANSACTIONS (F)

    1 -    1 IND    5       31:5324(a)(3) & 5324(d)(2) STRUCTURING FINANCIAL      Pending
                            TRANSACTIONS (F)
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
    CRIMINAL DOCKET ENTRIES FOR CASE F04-0010--CR (RRB)
              "USA V RAYMOND F. WEGNER ET AL"

                    For all filing dates
```

```
  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
 Magistrate Judge:  The Honorable Terrance W. Hall, U.S. Magistrate Judge
            Filed: 05/20/04
           Closed: NO
No. of Defendants: 2
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 1 - | 1 | 05/20/04 | [Re: DEF 1-2] PLF 1 Indictment. |
| 2 - | 1 | 05/21/04 | [Re: DEF 1-2] JDR Grand Jury Minutes; summons to issue; $25,000 secured bond as to each def; set for arr and notify USM. |
| NOTE - | 1 | 05/26/04 | Issued: Summons re DEF 1-2. |
| 3 - | 1 | 05/26/04 | [Re: DEF 1] JWM Minute Order re Arr set for 6/11/04 at 11:00 a.m. cc: USA, USM, USPO, def w/USM cy |
| 4 - | 1 | 05/26/04 | [Re: DEF 2] JWM Minute Order re Arr set for 6/11/04 at 11:30 a.m. cc: USA, USM, USPO, def w/USM cy |
| 5 - | 1 | 05/28/04 | Return of Service of Summons executed 5/28/04 by FBI. |
| 6 - | 1 | 05/28/04 | Return of Service of Summons executed 5/28/04 by FBI. |
| NOTE - | 2 | 06/03/04 | Notation: Proposed trial date setting for arraignment and notice of speedy trial act deadline forwarded to chambers. |
| 7 - | 1 | 06/03/04 | [Re: DEF 1] JDR Minute Order that ARR previously set for 6/11/04 at 11am before MJ Miller is RESET for 6/10/04 at 3pm before MJ Roberts in FBKS. cc:USA, USPO |
| 8 - | 1 | 06/03/04 | [Re: DEF 2] JDR Minute Order that ARR previously set for 6/11/04 at 11am before MJ Miller is RESET for 6/10/04 at 3pm before MJ Roberts in FBKS. cc:USA, USPO |
| 9 - | 1 | 06/10/04 | USM Return of svc on summons re: DEF 2 executed on 5/26/04. |
| 10 - | 1 | 06/10/04 | USM Return of svc on summons re: DEF 1 executed on  5/26/04. |
| 11 - | 1 | 06/14/04 | DEF 1-2 motion for leave to allow counsel for defendants to appear by telephone at arraignment 06/17/04. |
| 12 - | 1 | 06/15/04 | [Re: DEF 1] Order setting conditions of release; 7500.00 appearance bond to be filed. cc: Cooper, Wegner, FPO, USM, Judge Beistline |
| 13 - | 1 | 06/15/04 | DEF 1 Appearance bond for 7500.00. cc: Cooper, Wegner, FPO, USM, Judge Beistline |
| 14 - | 1 | 06/15/04 | [Re: DEF 1] JDR Court Minutes [ECR: Denali Elmore] from Arr on Summons held 06/10/04: Hrg continued to 06/17/04 at 2:30 p.m., appearance bond filed. cc: Cooper, Wegner, FPO, USM, Judge Beistline |
| 15 - | 1 | 06/15/04 | [Re: DEF 2] Order setting conditions of release: 7500.00 appearance bond.  cc: Cooper, Wegner, FPO, USM, Judge Beistline |
| 16 - | 1 | 06/15/04 | DEF 2 Appearance bond for 7500.00. cc: Cooper, Wegner, FPO, USM, Judge Beistline |

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE F04-0010--CR (RRB)
                            "USA V RAYMOND F. WEGNER ET AL"

                                    For all filing dates

Document #    Filed        Docket text
_____    _____        _____

  17 -  1    06/15/04     [Re: DEF 2] JDR Court Minutes [ECR: Denali Elmore] from Arr on Summons
                          held 06/15/04: Hrg continued to 06/17/04 at 2:30 p.m. Appearance bond of
                          7500.00 filed. cc: Cooper, Wegner, FPO, USM, Judge Beistline

  18 -  1    06/15/04     [Re: DEF 1-2] JDR Order granting motion for leave to allow counsel
                          William Cohan for defendants to appear by telephone on 6/17/04 (11-1).
                          cc: USA, W. Cohan, J. Wegner, R. Wegner

  19 -  1    06/16/04     [Re: DEF 1-2] Clerk's Notice re MJ referral is reassigned to MJ Roberts.
                          cc: USA, USM, USPO, MJ Roberts, Judge Beistline

  20 -  1    06/22/04     [Re: DEF 1-2] JDR Court Minutes [ECR: Carolyn Bollman] from continued
                          arr hedl 06/17/04: Court heard re Waiver of conflict of interest. Matter
                          continued to 06/24/04 at 2:00 p.m. cc: Cooper, Cohan, Wegner, FPO, USM,
                          Judge Beistline

  21 -  1    06/23/04     DEF 1-2 motion for admission pro hac vice of William A. Cohan w/lcl atty
                          W. Bryson w/att declaration & exhs.

  22 -  1    06/23/04     [Re: DEF 1-2] AHB Minute Order re Arr prev set for 6/24/04 at 2:00 is
                          RESET for 1:00 p.m. cc: USA, B. Bryson, USM, USPO

  23 -  1    06/25/04     [Re: DEF 1] AHB Court Minutes [ECR: Carolyn Bollman] from continued arr
                          hedl 06/24/04: Waiver of conflict of interest signed and filed, motio
                          for admission pro hac vice granted, NG plea entered, TBJ set for
                          06/25/04, PTM's due 07/13/04. cc: Cooper, Bryson, FPO, USM, Judge
                          Beistline

  24 -  1    06/25/04     [Re: DEF 2] AHB Court Minutes [ECR: Carolyn Bollman] from continued arr
                          held 06/24/04 granting motion for admission pro hac vice of William A.
                          Cohan (21-1), waiver of conflict of interest signed and filed, NG plea
                          entered, TBJ 08/02/04, PTM's due 07/13/04. Conditions of release
                          modified to allow travle to Washington/Oregon. cc: Cooper, Bryson, FPO,
                          USM, Judge Beistline

  25 -  1    06/25/04     DEF 1 Waiver of conflict of interest.

  26 -  1    06/25/04     DEF 2 Waiver of conflict of interest.

  27 -  1    06/25/04     [Re: DEF 1] Amended Order setting conditions of release: OR. cc: Cooper,
                          Bryson, FPO, USM, Judge Beistline

  28 -  1    06/25/04     [Re: DEF 2] Amended Order setting conditions of release: OR. cc: Cooper,
                          Bryson FPO, USM, Judge Beistline

  29 -  1    06/25/04     [Re: DEF 1] AHB Order regarding preparation for trial. PTM's due
                          07/13/04, discovery conf 07/06/04. cc: Cooper, Bryson, FPO, USM, Judge
                          Beistline

  30 -  1    06/25/04     [Re: DEF 2] AHB Order regarding preparation for trial.  PTM's due
                          07/13/04, discovery conf 07/06/04. cc: Cooper, Bryson, USM, FPO, Judge
                          Beistline

  31 -  1    06/29/04     [Re: DEF 1-2] RRB Minute Order setting trial by jury for 8/2/04 at 8:30
                          a.m. in Fairbanks and FPTC for 7/27/04 at 8:30 a.m. in a courtroom to be
                          determined. cc: AUSA, W. Bryson, USM, USPO, MJ Roberts jury clerk
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE F04-0010--CR (RRB)
                              "USA V RAYMOND F. WEGNER ET AL"

                                      For all filing dates


 Document #     Filed     Docket text

    32 -   1   06/29/04   PLF 1; DEF 1-2 Stip to cont the ptm filing ddln.

    32 -   2   06/29/04   PLF 1; DEF 1-2 Stip to vacate trial date.

    32 -   3   06/29/04   PLF 1; DEF 1-2 Stip to designate case complex due to Speedy Trial Act 18
                          USC Section 3161(h)(8).

    33 -   1   06/30/04   [Re: DEF 1] AHB Court Minutes [ECR: Carolyn Bollman] from continued arr
                          held 06/24/04 correct incorrect case number on dkt 23. cc: Cooper,
                          Bryson, FPO, USM, Judge Beistline

    34 -   1   06/30/04   [Re: DEF 2] AHB Court Minutes [ECR: Carolyn Bollman] from continued arr
                          held 06/24/04 to correct case number on dkt 24. cc: Cooper, Bryson, FPO,
                          USM, Judge Beistline

    32 -   4   07/02/04   RRB Order granting Stip to designate case complex due to Speedy Trial
                          Act 18 USC Section (32-3); and setting trial scheduling conference for
                          Friday, 7/16/04 at 11:30 a.m. in Fairbanks, Alaska.  cc: cnsl.

    35 -   1   07/19/04   [Re: DEF 1-2] RRB Court Minutes [ECR: Jennifer Kemp/Carolyn Bollman]from
                          trial rescheduling conference held 07/16/04: Court granted stipulation
                          to cont the ptm filing ddln (32-1); pretrial motions due 09/10/2004;
                          Government's motion for 15 days to response to pretrial motions granted.
                          stipulation to vacate trial date (32-2) of 08/02/2004 granted. Trial
                          date continued to end of May 2005.  Court expects parties to be ready
                          for trial in February 2005.  Tentative trial by jury date in 02/14/2005.
                          cc: Cooper, Bryson, FPO, USM, MJ Roberts

    36 -   1   07/20/04   [Re: DEF 1] JDR Minute Order re govt to file dscvy conf cert/show cause
                          why original ddln was not complied with due 7/30. cc: USA, B. Bryson

    37 -   1   07/20/04   [Re: DEF 2] JDR Minute Order re govt to file dscvy conf cert/show cause
                          why original ddln was not complied with due 7/30. cc: USA, B. Bryson

    38 -   1   07/27/04   [Re: DEF 1-2] PLF 1 Report re: conference of 7-26-04.

    39 -   1   07/30/04   [Re: DEF 1-2] PLF 1 Response to Minute Orders at Dkt. 36 & 37.

    40 -   1   08/31/04   DEF 1-2 motion for oral voir dire and for order that attached jury
                          questionaire be sent to all prospective jurors in this case.

    41 -   1   08/31/04   DEF 1-2 motion to disclose electronic surveillance, eavesdropping or
                          observance w points and authorities.

    42 -   1   08/31/04   DEF 1-2 motion to preserve evidence, including agent' rough notes, w
                          points and authorities.

    43 -   1   08/31/04   DEF 1-2 motion to strike or alternatively, to dismiss count one for
                          failure to state a conspiracy as alleged or alternatively, for a bill of
                          particulars, w points and authorities.

    44 -   1   08/31/04   DEF 1-2 motion for leave to file additional pretrial motions.

    45 -   1   09/09/04   DEF 1-2 motion to strike surplusage with points and authorities.

    46 -   1   09/09/04   [Re: DEF 1-2] PLF 1 opposition to DEF 1-2 motion to disclose electronic
                          surveillance, eavesdropping or observance w points and authorities
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE F04-0010--CR (RRB)
                              "USA V RAYMOND F. WEGNER ET AL"

                                      For all filing dates

Document #   Filed      Docket text
_____   _____    _____

                        (41-1).

   47 -  1   09/10/04   [Re: DEF 1-2] PLF 1 opposition to DEF 1-2 motion to preserve evidence,
                        including agent' rough notes, w points and authorities (42-1).

   48 -  1   09/13/04   [Re: DEF 1-2] PLF 1 opposition to DEF 1-2 motion for oral voir dire and
                        for order that attached jury questionaire be sent to all prospective
                        jurors in this case (40-1).

   49 -  1   09/13/04   [Re: DEF 1-2] PLF 1 opposition (reply) to DEF 1-2 motion for leave to
                        file additional pretrial motions (44-1).

   50 -  1   09/13/04   [Re: DEF 1-2] PLF 1 opposition to DEF 1-2 motion to strike or
                        alternatively, to dismiss count one for failure to state a conspiracy as
                        alleged or alternatively, for a bill of particulars, w points and
                        authorities. (43-1).

   51 -  1   09/15/04   [Re: DEF 1-2] PLF 1 Transcript of Proceedings (trial rescheduling
                        conference of 7-16-04).

   52 -  1   09/20/04   [Re: DEF 1-2] JDR Order denying motion to disclose electronic
                        surveillance, eavesdropping or observance (41-1). cc: USA, W. Bryson

   53 -  1   09/20/04   [Re: DEF 1-2] JDR Order granting/denying as directed motion to preserve
                        evidence, including agent' rough notes, w points (42-1). cc: USA, W.
                        Bryson

   54 -  1   09/20/04   [Re: DEF 1-2] JDR Order granting/denying as directed motion for bill of
                        particulars (43-1). cc: USA, B. Bryson

   55 -  1   09/20/04   Initial R&R re: DEF 1-2 motion to strike or alternatively, to dismiss
                        count one for failure to state a conspiracy as alleged (43-1);
                        Recommended be denied; Objections due NOON 10/04/04. Reply due NOON
                        10/12/04. cc: USA, B. Bryson, Judge Beistline

   56 -  1   09/27/04   [Re: DEF 1-2] PLF 1 opposition to DEF 1-2 motion to strike surplusage
                        (45-1).

   57 -  1   09/29/04   [Re: DEF 1-2] PLF 1 Response to Order to identify dollar amount in Overt
                        Act  #4.

   58 -  1   09/30/04   [Re: DEF 1-2] RRB Minute Order denying motion for oral voir dire and for
                        order that attached jury questionaire be (40-1).  cc: ASUA, W. Bryson

   59 -  1   10/01/04   [Re: DEF 1-2] PLF 1 Response to Order to provide exculpatory information
                        on participants in conspiracy.

   60 -  1   10/12/04   DEF 1-2 motion to modify conditions of release.

   61 -  1   10/15/04   [Re: DEF 1-2] RRB Minute Order denying motion to strike or
                        alternatively, to dismiss count one for failure to state (43-1).  cc:
                        AUSA, W. Bryson, MJ Roberts

   62 -  1   10/25/04   [Re: DEF 1-2] JDR Order granting motion to modify conditions of release
                        (60-1); defs may travel to Oregon 11/13/04 thru 11/21/04. cc: USA, W.
                        Bryson, USM, USPO

   63 -  1   10/25/04   [Re: DEF 1-2] RRB Order denying mot to strike surplusage w/points &
                        authorities (45-1). cc: USA, W. Bryson

ACRS: R_RDSDX                   As of 12/01/05 at 2:56 PM by GARRY                       Page 4
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CRIMINAL DOCKET ENTRIES FOR CASE F04-0010--CR (RRB)
                                  "USA V RAYMOND F. WEGNER ET AL"

                                     For all filing dates

Document #   Filed      Docket text


    64 -  1  12/15/04   DEF 1-2 unopposed motion to modify conditions of release.

    65 -  1  12/16/04   [Re: DEF 1-2] RRB Minute Order status conference is set for 12/17/04 at
                        11:00 a.m. in Courtroom #3.  cc: AUSA, W. Bryson, USM, USPO

    66 -  1  12/17/04   [Re: DEF 1-2] JDR Order granting unopposed motion to modify conditions
                        of release (64-1). cc: USA, W. Brsyon, USM, USPO

    67 -  1  12/17/04   [Re: DEF 1-2] RRB Court Minutes [ECR: Robin Carter] Status hearing held
                        12/17/04.  Def cnsls oral mot to continue trial granted.  Tentative TBJ
                        set for 2/14/05 is vacated.  TBJ is now set 5/16/05 at 8:30 a.m. in
                        Fairbanks, estimated length 3 weeks.  FPTC is set for 5/9/05 at 9:00 in
                        Anchorage.  Court found excludable delay under section 3161(h)(8)(A)(B).
                        Def cnsl to file a signed acknowledgment by both defs by next week re:
                        their right to speedy trial and that they agree to continue trial.  cc:
                        AUSA, W Bryson, USM, USPO, MJ Roberts, JC

    68 -  1  12/23/04   DEF 1-2 Response to Order: Waiver of speedy trial until new trial date.

    69 -  1  04/11/05   [Re: DEF 1-2] JDR Minute Order reassigning MJ referral to MJ Terrance
                        Hall.  cc: USA; USPO; USM; W. Bryson; W. Cohan; Judge Beistline; MJ
                        Roberts; MJ Hall.

    70 -  1  05/02/05   DEF 1-2 Emergency unopposed motion to continue trial from 05/16/05 to
                        07/18/05 to call material witness.

    71 -  1  05/03/05   DEF 1-2 (Proposed) Jury Instructions [annotated].

    72 -  1  05/03/05   [Re: DEF 1-2] RRB Minute Order a hearing on defs mot to continue trial
                        (dkt 70 is set for 5/5/05 at 10:00 a.m. in courtroom #2, in Anchorage,
                        Ak.  cc: S. Cooper, W. Bryson, USM, USPO

    73 -  1  05/06/05   [Re: DEF 1-2] RRB Court Minutes [ECR: Caroline Edmiston] re Hearing on
                        Defendant's Unopposed Motion to Continue Trial (DKT 70) (held 05/05/05);
                        Granted; Court found excludable delay under 18 U.S.C. Section 3161
                        (h)(8)(A)(B); FPTC set 05/09/05 at 9:00 a.m. in Anchorage, AK Vacated;
                        TBJ set 05/16/05 at 8:30 a.m. in Fairbanks, AK Vacated; FPTC set
                        06/30/05 at 9:00 a.m. in Anchorage, AK; TBJ set 07/05/05 at 8:30 a.m. in
                        Fairbanks, AK; Def's oral mot to allow the Def's to stop in Portland,
                        Oregon Granted and court directed parties to notify the PO re travel
                        plans; Def's conditions of release remain as prev set. Court granted
                        emergency motion to continue trial (70-1).   cc: USA, W. Cohan, W.
                        Bryson, USM, USPO, JC.

    74 -  1  06/01/05   [Re: DEF 1-2] RRB Minute Order that stat conf set 6/7/05 @ 1:30 p.m.;
                        parties needing to attend telephonically to contact CMC to make
                        arrangements.  cc USA, Wm. Bryson, USM, PO

    75 -  1  06/09/05   [Re: DEF 1-2] RRB Minute Order FPTC and TBJ are vacated.  The FPTC is
                        reset for 9/13/05 at 1:30 p.m. in Anchorage, and the TBJ is reset for
                        9/19/05 at 8:30 a.m. in Fairbanks.  cc: AUSA, W. Bryson, USM, USP, MJ
                        Hall

    76 -  1  06/13/05   DEF 1-2 Notice of Defendants' Waiver of Speedy Trial Rights for Time
                        Period until New Trial Date.

    77 -  1  06/14/05   [Re: DEF 1-2] RRB Order granting joint motion to continue trial. Court
                        finds excludable delay under 18:3161 (h)(a)(A)(B), (h)(8)(B)(ii) and
```

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CRIMINAL DOCKET ENTRIES FOR CASE F04-0010--CR (RRB)
                             "USA V RAYMOND F. WEGNER ET AL"

                                     For all filing dates

Document #    Filed      Docket text
_____   _____    _____
                         (h)(8)(B(iv).
                         The FPTC is set for 1:30 p.m. 9/13/05 and TBJ is set for at 8:30 a.m.
                         9/19/05 in Fairbanks, AK.  Defs' conditions of release remain as
                         previously set.  All trial subpoenas previously served on witnesses are
                         continued in accordance with this order.    cc: AUSA, W. Bryson, USM,
                         USPO, MJ Hall, JC

   78 -   1  06/22/05    [Re: DEF 1-2] TWH Minute Order terminating in light of this order:
                         Motion for leave to file additional pretrial motions. (44-1)   cc:
                         Cooper, Bryson, FPO, USM, Judge Beistline

   79 -   1  08/17/05    DEF 1-2 (notice of filing faxed motion on behalf of defendants on
                         shortened time) Unopposed motion for leave to travel out of state.

   80 -   1  08/18/05    [Re: DEF 1-2] RRB Order granting motion (notice of filing faxed motion
                         on behalf) Unopposed motion for leave to travel out of State to permit
                         travel from Alasak to Las Vegas, Nevada  8/20/05 - 8/25/05 (79-1).  cc:
                         AUSA, W. Cohan, USM, UPSO

   81 -   1  09/12/05    [Re: DEF 1-2] RRB Order vacating FPTC and TBJ and setting a Status
                         hearing/Trial Setting Conference for 10/19/05 at 9:00 a.m.   cc:  Cooper,
                         Bryson/Cohen, FPO, USM, MJ Hall

   82 -   1  10/19/05    DEF 1-2 Unopposed motion for leave to travel out of state.

   83 -   1  10/19/05    RRB Order granting Unopposed motion for leave to travel out of state
                         (82-1).

   84 -   1  10/19/05    [Re: DEF 1-2] RRB Court Minutes [ECR: Jennifer Roberts] Status
                         Hearing/Trial Setting Conference held on 10-19-05. FPTC scheduled for
                         2-16-06 at 9:00 a.m.  Trial continued to 2-27-06 in Fairbanks at 8:30
                         a.m.  Court grants unopposed motion at Dkt. 82 for defendants to travel
                         out of state. cc: USA; USM; USPO; W. Bryson; Judge Beistline.

   85 -   1  11/30/05    DEF 2 Unopposed motion for leave to travel out of state.
```