FILED
DEC 5 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

LODGED
NOV 3 0 2005
FAIRBANKS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. F04-0010 CR (RRB) |
| Plaintiff, | ) ) ) | [PROPOSED] ORDER |
| vs. | ) ) | |
| RAYMOND F. WEGNER and JULIE M. WEGNER, | ) ) ) | |
| Defendants. | ) ) | |

Based upon Defendant Julie M. Wegner's Unopposed Motion for Leave to Travel Out of State to permit her to travel outside the borders of the District of Alaska to Denver (Highlands Ranch), Colorado, for a week during the month of December, 2005, the Court finds and orders that Defendant's motion is granted.

IT IS SO ORDERED
DATED: 11/30/_____, 2005.

_____
UNITED STATES DISTRICT COURT JUDGE

F04-0010--CR (RRB)
W. BRYSON
S. COOPER (USA)
US MARSHAL
US PROBATION
JUDGE BEISTLINE

12-5-05

RB
86