WILLIAM A. COHAN, ESQ.
WILLIAM A. COHAN, P.C.
California Bar No. 141804
Colorado Bar No. 7426
8910 University Center Lane
Suite 550
San Diego, California 92122
(858) 550-9095
(858) 550-9049 (FAX)

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. F04-0010 CR (RRB) |
| | ) | |
| Plaintiff, | ) | **DEFENDANT JULIE M. WEGNER'S** |
| | ) | **UNOPPOSED MOTION FOR LEAVE** |
| vs. | ) | **TO TRAVEL OUT OF STATE** |
| | ) | |
| RAYMOND F. WEGNER and | ) | |
| JULIE M. WEGNER, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

      Defendant Julie M. Wegner, by and through counsel undersigned, respectfully moves this Court for an order modifying the conditions of her release. AS GROUNDS THEREFOR, Defendant states:

      1.    Defendant is currently out on bail.

      2.    As a condition of her release, defendant may not travel beyond the borders of the District of Alaska.

      3.    Defendant is in full compliance with all pre-trial conditions and United States Probation Officer Toni Ostanik does not oppose Defendant's request to travel outside of the

District of Alaska to Portland, Oregon, between August 10 through August 15, 2006 to visit her daughter who just gave birth in Portland, Oregon.

4. The government does not oppose the instant motion.

WHEREFORE, Defendant respectfully requests that this Honorable Court enter an order modifying the conditions of July M. Wegner's release by authorizing her to travel outside the District of Alaska to Portland, Oregon, between August 10 through August 15, 2006.

RESPECTFULLY SUBMITTED, this 19th day of July, 2006.

WILLIAM A. COHAN, P.C.

By: /s/
William A. Cohan
8910 University Center Lane, Suite 550
San Diego, CA 92122-1026
(858) 550-9095
(858) 550-9049 (FAX)

Attorney for Defendants

## CERTIFICATE OF SERVICE

      I hereby certify that on this 19th day of March, 2006, I served a true and correct copy of the foregoing **DEFENDANT JULIE M. WEGNER'S UNOPPOSED MOTION FOR LEAVE TO TRAVEL OUT OF STATE**, upon the following via the CM/ECF system as follows:

TIMOTHY M. BURGESS
United States Attorney
STEPHEN COOPER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Box 2, Room 310
Fairbanks, Alaska 99701

Toni Ostanik, USPO
United States Probation Office
101 - 12th Avenue, Room 322
Fairbanks, Alaska 99701

William P. Bryson, Esq.
1015 West Seventh Avenue
Anchorage, Alaska 99501

Courtesy Copy:

HON. RALPH R. BEISTLINE
United States Federal Building
222 West 7th Avenue
Anchorage, Alaska 99513

                                              /s/
                                              Alicia Cisneroz