IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>RAYMOND F. WEGNER and<br>JULIE M. WEGNER,<br><br>      Defendants. | Case No. 4:04-cr-0010-RRB<br><br>**ORDER GRANTING TRAVEL** |

      Defendant JULIE M. WEGNER's Unopposed Motion for Leave to Travel Out of State (Docket 104) to Portland, Oregon, between August 10 through August 15, 2006, is hereby **GRANTED**.

      ENTERED this 20th day of July, 2006.

                                /s/ RALPH R. BEISTLINE
                                UNITED STATES DISTRICT JUDGE