```
            MINUTES OF THE UNITED STATES DISTRICT COURT
                        DISTRICT OF ALASKA
```

U.S.A. vs. __Julie Mae Wegner__   CASE NO. __4:04-cr-0010-02-RRB__
Defendant: _X_ Present  ___In Custody  ___On Bond

BEFORE THE HONORABLE: _Ralph R Beistline_

DEPUTY CLERK/RECORDER: _Tina J Grothause_

UNITED STATES ATTORNEY: _Stephen Cooper_

DEFENDANTS ATTORNEY: _William Cohan_

U.S.P.O.: _Marci Lundgren_

PROCEEDINGS: IMPOSITION OF SENTENCE HELD: December 8, 2006
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:08 a.m. court convened.

_X_ Court accepted presentence report.

_X_ Defendant placed on probation for a period of _5_ years under the usual terms and conditions with special conditions of probation as stated in the judgment.

_X_ Special Assessment $_100_, due _immediately_

_X_ Restitution $_141,488.72, or in an amount to be determined by the IRS. Restitution to be paid to the IRS_

_X_ OTHER: _4 months in a half way house with special conditions, 5 months home detention with special conditions, both at the direction of the probation officer._

At 9:40 a.m. court adjourned.


DATE: __12/11/2006__        DEPUTY CLERK'S INITIALS: _tjg_