NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: richard.pomeroy@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 4:04-CR-0010-02-RRB |
| Plaintiff, | ) |
| vs. | ) APPLICATION AND AFFIDAVIT FOR |
| | ) ISSUANCE OF WRIT OF EXECUTION |
| JULIE MAE WEGNER, | ) ON PERMANENT FUND DIVIDEND |
| Defendant. | ) |

STATE OF ALASKA       )
                     ) ss.
THIRD JUDICIAL DISTRICT )

I, RICHARD L. POMEROY, hereby state on oath:

1. Judgment for $141,588.72 was imposed on January 17, 2007, in the above-entitled court and action, in favor of the United States of America as judgment creditor and against JULIE MAE WEGNER as judgment debtor.

2. I am the attorney for said judgment creditor and I request issuance of a Writ of Execution on the judgment.

3. The judgment debtor was represented by counsel.

4. The judgment entered is not a default judgment.

     5.    ACCRUED since the entry of judgment are the following sums:

        $1,189.40 accrued interest, computed at 5.03%.

        $45.00    accrued costs.

     6.    CREDIT must be given for payments and partial satisfaction in the total amount of:

| | |
|---|---|
| $764.24 | which is to be first credited against the judgment as entered, with any excess credited against any accrued penalties, interest, and costs, leaving a net balance of: |
| 7.  $142,058.88 | ACTUALLY DUE on April 9, 2007. Of this total, $140,824.48 is the amount of the original judgment as entered, which still remains due and bears interest at 5.03% in the amount of $19.40 per day from this date. |

     8.    The United States seeks to satisfy the balance owing on the judgment by levying against the Alaska Permanent Fund Dividend which is to be issued to the above-named defendant.

     9.    The Alaska Permanent Fund dividend is subject to attachment pursuant to the provisions of Alaska Statute 43.23.065.

     10.   This is a levy for satisfaction of court-ordered restitution and, pursuant to AS 43.23.065(b)(2), may attach up to <u>100%</u> of the Permanent Fund Dividend payable to this debtor.

U.S. vs. JULIE MAE WEGNER
Case No.: 4:04-CR-0010-02-RRB

2

DATED this 9th day of April, 2007, at Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

*Richard L Pomeroy*
RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: richard.pomeroy@usdoj.gov
Alaska Bar No. 8906031

SUBSCRIBED AND SWORN TO before me this 9th day of April, 2007, at Anchorage, Alaska.

NOTARY PUBLIC
State of Alaska
My Commission Expires: _____